JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HARRELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RANULFO LOPEZ VELASCO D/B/A JIMMIE HANCOCK'S FORMAL WEAR, AS TRUSTEE OF THE OAXMEXI REVOCABLE LIVING TRUST; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 5:25-cv-00365-JGB (DTBx)<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL

Based on the request for dismissal without prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

SO ORDERED.

DATED: October 28, 2025

_____
Hon. Jesus G. Bernal,
United States District Court Judge